1458

Rochester, et al., Respondents. (Appeal No. 1.) [908 NYS2d 382]—Motion for reargument denied. Present—Scudder, P.J., Martoche, Fahey, Green and Gorski, JJ.

■ LIEBEL & MERLE SALES, INC., Appellant, v POLYMER CONVERSIONS, INC., Respondent. [908 NYS2d 382]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Martoche, Fahey, Green and Gorski, JJ.

■ SHELIA BENSON, Respondent, v TREVOR M. LILLIE et al., Appellants. [908 NYS2d 382]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Lindley, Sconiers and Gorski, JJ.

■ FARRAH DONALD, Respondent, v STATE OF NEW YORK, Appellant. [908 NYS2d 381]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Carni, Sconiers and Pine, JJ.

■ SHANNON L. JOHNSON, Appellant, v YARUSSI CONSTRUCTION, INC., et al., Respondents, et al., Defendants. [908 NYS2d 381]—Motion for leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Smith, Fahey, Peradotto and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN BRYANT, Appellant. [908 NYS2d 382]—Motion for reargument denied. Present—Martoche, J.P., Smith, Centra, Sconiers and Pine, JJ.

■ DAVID J. SMITH, Respondent-Appellant, v NIAGARA FRONTIER TRANSIT METRO SYSTEM, INC., et al., Appellants-Respondents. [908 NYS2d 382]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Smith, Centra, Sconiers and Pine, JJ.

■ MICHAEL ROACH, Individually and as Representative of the Estate of CATHERINE ROACH, Deceased, et al., Appellants, v COACH USA, INC., et al., Respondents, et al., Defendants. (Appeal No. 1.) [908 NYS2d 381]——Motion for leave to appeal to the Court of Appeals granted. Present—Scudder, P.J., Peradotto, Carni and Sconiers, JJ.

■ MICHAEL ROACH, Individually and as Representative of the Estate of CATHERINE ROACH, Deceased, et al., Appellants, v COACH USA, INC., et al., Defendants, and J&J HAULING, INC., et al., Respondents. (Appeal No. 2.) [908 NYS2d 381]——Motion for leave to appeal to the Court of Appeals granted. Present—Scudder, P.J., Peradotto, Carni and Sconiers, JJ.

■ LAURALEE DAVIDSON, Appellant, v COACH USA, et al., Respondents, et al., Defendants. (Appeal No. 3.) [908 NYS2d 381]—